

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2014

No. 04-13-00346-CR

Jassen **BARNES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9420
Honorable Maria Teresa Herr, Judge Presiding

ORDER

The Appellant's Amended Motion to Withdraw and Substitute Counsel is hereby GRANTED. The State is reminded that its brief is due no later than March 20, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court